McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
AMITA BAMAN TRACY
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8943
Facsimile: (415) 744-0134
E-Mail: Amita.Tracy@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| JERRY L. ADAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LINDA S. McMAHON[1], )<br>Acting Commissioner of )<br>Social Security, )<br>)<br>Defendant. )<br>_____) | CIVIL NO. 2:06-CV-06-1332<br><br>STIPULATION AND ORDER |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a **FIRST** extension of time of 30 days to oppose Plaintiff's motion for summary judgment, due to the unanticipated absence of counsel from the office due to medical reasons. The current due date is **February 9, 2007.** The new due date will be **March 12, 2007.**

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

---

[1] On January 20, 2007, Linda S. McMahon became the Acting Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon should be substituted, therefore, for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Respectfully submitted,

Dated: February 8, 2007    */s/ Jonathan A. Hendricks*
*(As authorized via facsimile)*
JONATHAN A. HENDRICKS
Attorney for Plaintiff

Dated: February 8, 2007    McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Amita Baman Tracy*
AMITA BAMAN TRACY
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED:  February 15, 2007.

_____
U.S. MAGISTRATE JUDGE

2 - Stip & Order Extending Def's Time